

**NUTRAMAX LABORATORIES, INC., Plaintiff–Appellee,**

and

Consac Industries, Inc., and Weider Nutrition Group, Inc., Plaintiffs,

v.

**INHOLTRA, INC., and Inholtra Natural Ltd., Defendants–Appellants,**

and

Advanced Medical Nutrition, Inc., Foster & Smith, Inc., HI Vidomin Laboratories, Inc., Life Extension Foundation, Inc., Mason Vitamin Co.,

Nature's Bounty, Inc., Solgar Vitamin and Herb Company, Inc., and Vitamin Shoppe Industries, Inc., Defendants.

No. 03–1263, 03–1314.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2003.

Before CLEVENGER, RADER, and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

